UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 18- 719 |
| | : | |
| RUDOLF SZORADI | : | WAIVER OF INDICTMENT |

I, Rudolf Szoradi, the above-named defendant, who is charged with kidnapping in violation of 18 U.S.C. § 1201(a)(1), and with interstate domestic violence in violation of 18 U.S.C. §§ 2261(a)(2) and (b)(3), being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on __12-3-18__, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant Rudolf Szoradi

_____
Candace Hom, Esq.
Counsel for Defendant

Before: _____
HON. JOSE L. LINARES
United States District Judge